```
                IN THE UNITED STATES DISTRICT COURT
                      FOR THE SOUTHERN OHIO
                         EASTERN DIVISION
```

**GARY LEE DEFLUITER,**

        Petitioner,

                                            **Civil Action 2:09-CV-281**
    **v.**                                     **Judge Smith**
                                            **Magistrate Judge King**

**CHILLICOTHE CORRECTIONAL**
**INSTITUTION,**

        Respondent.


## ORDER

On May 14, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.


                                                  *s/George C. Smith*
                                                George C. Smith, Judge
                                            United States District Court